UNITED STATES DISTRICT COURT
Eastern District of California
United States Courthouse
2500 Tulare Street
Fresno, California 93721



Chambers of
Lawrence J. O'Neill
United States District Judge

Chambers: (559) 499-5680

Calendaring: (559) 499-5682

March 28, 2007

Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2006 Filing

Dear Committee:

This letter is in response to the letter from Judge Ortrie D. Smith dated March 19, 2007, a copy of which I am enclosing for easy reference. Please consider this to be my formal letter of requested response.

REQUIRED RESPONSES:

1) The dates concerning the business travel were October 18, 19, and 20, 2006.

2) The asset referred to in Part VII, page 4, line 6, was owned in 2005 and was except from disclosure, because its income and value were below the reporting threshold.

3) The values that should have been included in Part VII, page 5, line 21, and page 7, lines 56-58, column D(3) are as follows:
  Antelope Valley: Code J
  California Union High School District Bonds: Code J
  Puerto Rico Convention Center Bonds: Code K
  Contra Costa Community College Bonds: Code J
  Encinitas Ca Public Library Construction Bonds: Code J

4) Since there was no income received, column B(2) in Part VII, page 7, line 54 , under "type" should read "NONE."

Sincerely,

Lawrence J. O'Neill
United States District Judge

RECEIVED 2007 APR -3 A 9: 59 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Neill, Lawrence J | Eastern District of California | 02/27/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>2500 tulare Street<br>Fresno, California 93721 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Business Trial Lawyers Association | Flight and two-night hotel stay. Costs to teach for two days at annual seminar in Maui,Hawaii. $694.50 flight, plus $440 hotel |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 2. Vanguard Money Mkt Acct | B | Interest | L | T | | | | | |
| 3. Clovis Community Bank | A | Interest | J | T | | | | | |
| 4. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 5. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 6. American Funds: Cash Management Fund (Trust #1) | A | Interest | K | T | part redemp. | 11-26 | J | | |
| 7. American Funds: New Perspective Fund (trust #1) | C | Dividend | K | T | | | | | |
| 8. American Funds: Europacific (Trust #1) | C | Dividend | J | T | part redempt | 08-16 | J | | |
| 9. American Funds: Fundamental INvestors (trust #1) | C | Dividend | J | T | | | | | |
| 10. American Funds: Bond Fund of American (trust #1) | B | Dividend | J | T | | | | | |
| 11. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | buy | 07-10 | J | | |
| 12. American Funds: High Income (trust #1) | A | Dividend | J | T | part.redem. | 11-26 | J | | |
| 13. First Trust Corp (IRA)(Trust)) | | None | L | T | | | | | |
| 14. Vanguard Intermediate Acct (Trust #1) | | None | K | T | | | | | |
| 15. SFG Inc Fund of Renton, Wa. (trust #1) | D | Interest | M | T | | | | | |
| 16. Datalynx (IRA) (trust #1) | | None | M | T | | | | | |
| 17. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calif EDL FACs Authority Municipal Bond | A | Dividend | J | T | | | | | |
| 19. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 20. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 21. Antelope Valley, Calif Union High School Dist Bonds | A | Interest | J | T | Buy | 07-05 | | | |
| 22. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 23. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 24. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 25. Oregon HSG and Community SVCS Rev muni bond | B | Interest | K | T | | | | | |
| 26. Oregon State Muni Bond | A | Interest | J | T | | | | | |
| 27. Port of Oregon Airport muni bond | A | Interest | | | sell | 07-05 | J | | |
| 28. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 29. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 30. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 31. Bank of America interno corporate bonds | B | Interest | K | T | | | | | |
| 32. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 33. Bank of New York not corporate bonds X | B | Interest | K | T | sell | 11-08 | K | | |
| 34. Bear Stearns COS Inc corporate bonds | B | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
  U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar Finl SVCS Power corporate bonds | B | Interest | K | T | | | | | |
| 36. Citigroup Global Med Term note | B | Interest | K | T | | | | | |
| 37. Delta Natural Gas inc debentrue | A | Interest | | | sell | 05-01 | J | | |
| 38. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |
| 39. GTE North Inc bond | A | Interest | J | T | | | | | |
| 40. Household Fin Corp bond | B | Interest | K | T | | | | | |
| 41. J.P. Morgan Chase & Co Corp bond | B | Interest | K | T | | | | | |
| 42. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 43. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 44. Lasalle Fundigns LLC note | B | Interest | | | sell | 04-05 | K | | |
| 45. Marshall & IIsley Corp corporate bond | B | Interest | K | T | | | | | |
| 46. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 47. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 48. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 49. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 50. Verizon MD, Inc corporate bond | B | Interest | K | T | | | | | |
| 51. Bank of America stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds, Fund Inv F, | E | Dividend | J | T | | | | | |
| 53. Healthcare Realty Inc. stock | A | Dividend | J | T | | | | | |
| 54. New York Community Bancorp Inc stock | | Dividend | J | T | | | | | |
| 55. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 56. Pureto Rico Convention Center bonds X | B | Interest | K | T | buy | 03-31 | | | |
| 57. Contra Costa Community College bonds X | A | Interest | J | T | buy | 05-11 | | | |
| 58. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | buy | 11-08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _February 27, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544